UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:20CR00557 HEA |
| THOMAS HOBBS, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S REQUEST FOR A STATUS HEARING

Comes now the United States of America, by Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tracy Lynn Berry, Assistant United States Attorney for said District, and herein requests that this Court schedule a status hearing as soon as possible to address Defendant's intention to undergo surgery three days prior to his sentencing hearing.

On September 15, 2023, Defendant provided notice within his sentencing memorandum that he is scheduled for a total hip arthroplasty on September 19, 2023, three days prior to the scheduled sentencing hearing. R. Doc. 801, 4. Because the surgical procedure Defendant seeks to undergo will require a 12-week recuperation period, the Government is concerned with the ability to commence the sentencing hearing three days after his surgery. R. Doc. 704-1.

For the foregoing reasons, the United States respectfully requests a status hearing to ensure that the setting of a sentencing will be able to proceed on September 22, 2023 as scheduled.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

s/ Tracy Lynn Berry
TRACY LYNN BERRY, #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

Copy of the foregoing was served electronically through the electronic case filing system to defense counsel this 15th day of September 2023.

s/ Tracy Lynn Berry
ASSISTANT UNITED STATES ATTORNEY
