**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 4:20-cr-00557-HEA |
| | ) | |
| THOMAS G. HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO GOVERNMENT'S MOTION FOR HEARING**

Now Comes defendant, THOMAS G. HOBBS, through counsel, Stephen C. Williams, and for his response to the government's motion for hearing (Doc. 802) states as follows:

Dr. Hobbs will be in attendance at his sentencing on September 22, 2023, and capable of participating.  Of course, it is not ideal.  But going forward with the hip replacement surgery on September 19th is the only way he can ensure that he will be able to get this needed medical treatment before reporting to prison.  In seeking to reschedule the surgery, Dr. Hobbs was informed that if he rescheduled the available date of September 19th, it would be months before they would get him back in.  The government is correct that the surgery involves a lengthy recovery of 12 weeks and Dr. Hobbs will be in the early stages of recovery.  But Dr. Hobbs has been through this same surgery in May and was able to travel home and make follow up appointments during his recovery.

WHEREFORE, Defendant Thomas Hobbs prays that this Court DENY the government's Motion for Hearing.

Respectfully Submitted,


/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
MO Bar # 50162
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed the RESPONSE TO GOVERNMENT'S MOTION FOR HEARING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/STEPHEN C. WILLIAMS
Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL   62220
Telephone: (618) 277-7260
Fax: (618) 277-7718
Swilliams@kuehnlawfirm.com