To who it may concern.

My name is Donalda HOBBS. I'm 96 years old of sound mind. My son is dr Thomas Hobbs and my daughter in law is de Vivian Hobbs. They have saved my life. Since they became my caretakers and doctors I was in wheelchairs, hospitals, and retirement home. They took over my health approximately 9 years ago when I was hospitalized and should go to hospice. I was on numerous medications that were killing me. They started treating me with natural health care and chiropractic. I went from death bed to now going to happy hour, no wheelchairs, no hospitals, restored health. They moved me into their home during covid-19 and this is now my permanent home with them. They are the most loving, compassionate, caring, people and doctors I know. I and many others rely on their care to survive. I go to their office on a regular basis for my health care , labs, health checks, chiropractic care, and general health concerns. I haven't been sick one time since I started seeing them for my health care.

Donalda Hobbs

*Donalda Hobbs*    4-18-21

To whom it may concern. My name says is John Burrows, I am a patient of Dr Hobbs for some time now. More important, we are friends, and have been for 53 yrs. In February last yr Dr Hobbs noticed an odd looking mole on my back. I informed him it has been there my whole life, and he said not like this. He immediately had a biopsy done, and it was Clark 4 Melanoma. I have since had 2 surgery's for tumors. According to my oncologist, if Dr Hobbs had not acted quickly, I would not have made 6 months. I owe everything to Dr Hobbs. Great fully yours John burrows.

To whom it may concern:

Dr. Thomas Grant is an extraordinary physician and educator. I find myself completely engaged during lectures of his that I have attended and feel that his ability to diagnose and treat are second to none. I have even sought out his guidance in treatment for my own patients. I highly recommend him as a speaker, educator and physician for any group or patient in need.

Thanks,

Dr. Jay Goodbinder ND DC DABCI



**MEDRAY**
PREMIUM CLASS IV LASERS

**DR. GARY HUDDLESTON**
573-745-1086  573-355-5440 fax
WWW.MEDRAYLASER.COM  drg4000@att.net  drg0324@gmail.com

February 5, 2023

Re:  Dr. Thomas Hobbs, D.C.

To Whom it May Concern:

I have known Dr. Hobbs both professionally and personally for over 40 years.  He has shown to be a good friend as well as shown the utmost courtesy to me and my family.

I also feel that Dr. Hobbs is a very good and knowledgeable chiropractor and gives his patients the best care possible.

Please contact me if you have questions.

Yours in Health,
Dr. Gary Huddleston

2/1/2023

To Whom It May Concern,

Dr. Thomas Hobbs has taken excellent care of myself and my family.  Dr. Hobbs provided excellent testing and explained details of bloodwork for myself, daughter and husband.  Dr. Hobbs's treatment options have improved our overall wellbeing and health of our family. I must travel out of state for my other physician and I greatly appreciate all of the therapy and treatments Dr. Thomas Hobbs has provided locally for me within the state of Missouri.  He is very intelligent and always listens. His bedside manner is excellent and he is very meticulous with diagnosis and treatment/therapy.

Thank you for your Efforts Dr. Thomas Hobbs!

The Wodohodsky Family

# Letter of Recommendation

January 30, 2023

To Whom This May Concern,

My name is Cheryl Puricelli and proud to offer my recommendation of Dr. Thomas Hobbs, DC to whom we have known for 40 years as a friend and Chiropractor.

During our relationship with Dr. Hobbs, we have experienced an individual/doctor who cares deeply for his patients.  Dr. Hobbs did testing no other doctor would do that needed to be done.  For example, he did a metals test on my husband that showed he had high levels of gadolinium, DDT, etc.   Recently with a serious health condition, he called to see how he was doing.  In addition, Dr. Hobbs is a person who has always presented himself with levelheadedness.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

*Cheryl Puricelli*

Telephone: 314-780-8283
Address:
6035 West Outer Rd. #53
Imperial, MO 63052



From: "Tom Hobbs" <drtomdcmd@gmail.com>
To: "thobbs2" <thobbs2@charter.net>
Cc:
Bcc:
Priority: Normal
Date: Wednesday January 25 2023 3:39:18PM
Fwd:

---

---------- Forwarded message ---------
From: **James Seger** <gymsegr@gmail.com>
Date: Wed, Jan 25, 2023, 3:37 PM
Subject:
To: <Drtomdcmd@gmail.com>

To whom it may concern,

On March 20, 2019, I was at Power Med Chiropractic clinic visiting Dr Vivian Carbone for lower back therapy after several surgeries. I was complaining about rapid and irregular heart rate episodes. I've had episodes for years and they were increasing in frequency. I was very afraid of the episodes I experienced.

Dr.Thomas Hobbs happened to be there and referred me to Dr. Mathew S. Ruyle MD at Excel Imaging for a CT Calcium Score Screening. Within doing this, he was able to see the likelihood of a cardiac event in the near future. A score greater than zero indicates at least some coronary artery disease. As the score increases, so does the likelihood of a significant coronary event over the next 3 years. The likelihood of a coronary event increases with increasing calcium percentiles. My total calcium score was 4048. This led me to get checked by Dr. Morrison out of Mercy Hospital for further tests and stress tests. I was referred to Dr. Noda and Mercy hospital for open heart surgery. I had a double bypass surgery and an aortic heart valve implant on 7/3/19 to prevent a cardiac event.

I would like to thank Dr.Thomas Hobbs, Dr. Vivian Carbone and the staff at Powermed Clinic for further testing. This referral process and testing saved me from another cardiac episode and also has given me a quality of life.

James J. Seger

Nourishing Medicine, LLC
Delilah A. Renegar, DC, MSACP
Diplomate of the American Board of Chiropractic Internists
Diplomate, American Clinical Board of Nutrition
630-561-9696

January 22, 2023

To whom it may concern:

I am writing on behalf of Dr. Tom Hobbs, chiropractic physician. Over the course of the last two decades or so I have had the opportunity to get to know Dr. Hobbs while attending many of the same conferences, seminars, and continuing education courses. I have also had the privilege of Dr. Hobbs attending courses I have taught in the CEU realm. I have found Dr. Hobbs to be an engaged, caring professional. He is always in pursuit of additional knowledge to best care for his patients. Even though I have not had the opportunity to observe him in a clinical setting, I can only surmise he would be the same dedicated professional clinically, he has demonstrated to me over the course of the last several years. If I may be of any further assistance, please do not hesitate to contact me.

Sincerely,

Delilah A. Renegar, DC

DAR/dar

CC: Tom Hobbs, DC



01/14/2023

To Whom it may concern,

I am writing in reference to Dr. Thomas Hobbs. I have known Dr. Hobbs for approximately 10 years. I first became familiar with him through classwork taken through the ACA sponsored Diplomate of the American Board of Chiropractic Internists program. I have heard him speak as he has offered continuing education hours for doctors. He has been a colleague that has provided me valuable information via correspondence, not hesitating to offer assistance when needed. I have known him to be kind and considerate, and value him as a trusted colleague. He is very knowledgeable and his continuing education presentations I have attended have been very well received by other doctors. Thank you for the opportunity to relay my experiences regarding the positive and constructive interactions I have had with Dr. Hobbs.

In health,

Christopher A. Murray DC  ND  DABCI  NRCME

From: "Mark Halpert" <markchalpert@gmail.com>
To: "Luke Hobbs" <Thobbs2@charter.net>
Cc:
Bcc:
Priority: Normal
Date: Sunday February 5 2023 3:34:52PM
Fwd: Letter of Reference

---

---------- Forwarded message ---------
From: **Mark Halpert** <markchalpert@gmail.com>
Date: Sun, Feb 5, 2023, 12:00 PM
Subject: Letter of Reference
To: <vivianhobbs123@gmail.com>


To whom it may concern:

I have known Tom Hobbs as both a medical practitioner and a friend for about 25 years.

First as medical practitioner, he has helped me w numerous health issues. He has greatly helped my back; trouble w chronic sinus infections; and a bad left knee. I would highly recommend him to people seeking treatment for a variety of health issues. He listens to you, treats you with respect. My physical health is much better for having known him.

On a personal level, I find him to be a high quality person. He is very family oriented( he takes care of his 98 year old mother, and has turned her health around since a fall she took before she lived with him).

He is a good friend, loyal, and someone you can talk to about pretty much any issue without judgement or condemnation.

I look forward to the time I get to spend with Tom, and am happy to give him a letter of recommendation.

Please let me know if I can help answer any other questions.

Sincerely, Mark Halpert. Owner of Halpert Construction. Graduate of Point Loma Nazarene University.
Ph# 619 804 9680.
Email-markchalpert@gmail.com



I started following Dr. T after hearing him speak about a homeopathic product my husband (age 67) and I (age 60) were already using. Dr. T was talking about all its benefits as well as his own personal results from using the product. I was impressed with his knowledge of functional medicine and thinking outside of the box of conventional medicine.

About two years later my husband was presented with a medical situation in which we didn't agree with the invasive course of action being suggested by our conventional family practice doctor and the conventional specialist my husband was referred too. So, we decided to make the 750-mile (one-way) trip and go and see Dr. T in person for my husband's situation.

Knowing that we had driven so far Dr. T was miraculously able to expedite several baseline lab tests and started treating my husband and I. That was a Thursday. We extended our trip and came back on Monday for the expedited lab results. A more personalize treatment plan was put in place for the both of us. We agreed to make the trip every two weeks for the next 3 months and then once a month after that. My husband had several tests that were less invasive and more accurate than our conventional doctors were recommending.

In the next 10 weeks, my husband's PSA level (prostrate) went from a 6.7 to a 2, way below an unhealthy PSA level. His neck, knee and foot pain were treated with an 80% reduction in his daily pain level, where therapy and massage treatments had failed in the past. Dr. T had my husband replace his thyroid medicine with a natural supplement and his thyroid levels are improving.

We both changed our diets, started exercise routines and continued with the supplements and treatments for cardiovascular health as recommended by Dr. T My daily blood sugar levels have been reduced by as much as 50 points. I am losing weight and inches. We feel the best we have felt in years.

We cannot thank Dr. T. enough for his one on one treatment, attention to detail, and personal phone calls relaying and celebrating our improving test results. Dr. T is in a class by himself on his patients care and his breath of knowledge of functional holistic medicine in finding and correcting the root cause instead of treating the symptoms.

Pete and Mary Jenkinson
Anderson, SC



April 5, 2021

TWIMC,

It is my extreme pleasure to write this letter of recommendation for Dr. Thomas Hobbs, a colleague of mine, and my personal physician.

During the past 12 years that I have known Dr. Hobbs, he has demonstrated a depth of knowledge few physicians achieve and amazing qualities required to become an excellent functional medical doctor.

Dr. Hobbs takes his work more seriously than most doctors that I've encountered over my 34 year career, and is an extremely thorough physician with an eye for detail when it comes to his patients' health outcomes.

He also has a unique ability to draw on his own experience as an expert on physical culture to develop thoughtful opinions on any health issues that may arise.

On top of that, he is invaluable in peer-to-peer interactions with his colleagues with a devotion to his profession second to none.

It is therefore my pleasure, and without reservations, that I recommend Dr. Thomas Hobbs as an outstanding functional medical doctor.

Sincerely,

*Charles Decker, DC, ACN*

Charles Decker, DC, ACN

 Gmail

**Tom Hobbs <drtomdcmd@gmail.com>**

## Reference Letter
1 message

**Duffy Clinic <duffy.clinic@yahoo.com>**  Wed, Apr 14, 2021 at 3:23 PM
To: "Drtomdcmd@gmail.com" <Drtomdcmd@gmail.com>

To:     Whom it may concern

I am writing this reference recommendation letter for my personal primary care physician and dear friend. I have known Dr. Thomas Grant for several years now. I can honestly say that he is a brilliant man and an amazing doctor. Dr. Grant gives each of his patients 100% of his attention and mind to help that patient to better health. I have never seen a doctor that gives so much attention and detail into getting a full and accurate history as what Dr. Grant gives to each of his patients. I have seen how Dr. Grant talks with his patients and he uses simple terminology to insure they understand what he says. He also makes sure that they fully understand all the details of their health.

I would highly recommend hiring Dr. Grant for any position in medicine or lecturing on health.

If you need to contact me for any reason my information is below.

Dr. Steven Duffy

4430 NW 50 th Suite A

Oklahoma City , Ok 73112

From:   Troy Cardona
       Circuit Court Judge, State of Missouri
       Twenty-third Judicial Circuit
       300 Main Street
       Hillsboro, Missouri, 63050
       (636)797-6461

To Whom It May Concern:

I send this letter as a reference for Dr. Thomas Grant Hobbs.

I met Tom approximately 43 years ago, when I was about 15 years old. I started working out lifting weights with him and another gentleman who were a few years older than me, and very strong. I was advanced for my age, and I have always appreciated how they helped push me to my limits, which assisted me in my athletic endeavors, as well as helping my discipline and motivation in all areas of my life.

A year or so ago I reconnected when I was seeking a health care provider, and realized Dr. Hobbs was a practicing medical expert in advanced nutrition and health care. His medical advice and expertise in the past year has been fundamental in transforming my health in a major way.

Respectfully submitted,

*[signature]*

Troy Cardona    4-14-21